# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Tergus Pharma, LLC | 12/7/2022 | 266477 | Check | $ 2,700.00 |
| Akorn Operating Company, LLC | Tergus Pharma, LLC | 1/20/2023 | 267032 | Check | $ 31,496.54 |
| | | | | | $ 34,196.54 |